UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-38-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ALVIN VANDO MBENYENLLA,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Preliminary Order of Forfeiture or Consent Order and Judgment of Forfeiture. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Preliminary Order of Forfeiture or Consent Order and Judgment of Forfeiture (#28) is **GRANTED**. **IT IS FURTHER ORDERED** that:

1. Based upon defendant's plea of guilty, the United States is authorized to seize the following property belonging to defendant, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

    **Approximately $6,570.51 in United States currency seized during the investigation**

2. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n). If no third parties file petitions, this Order will become final by operation of law pursuant to Fed. R. Crim. P. 32.2(c)(2).

Signed: January 22, 2018

Max O. Cogburn Jr.
United States District Judge